**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000557**
**04-DEC-2024**
**08:06 AM**
**Dkt. 108 ODMR**

NO. CAAP-20-0000557


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


MICHAEL C. GREENSPON, Plaintiff-Appellant, v.
CIT BANK, N.A. f/k/a ONEWEST BANK FSB; DAVID B. ROSEN, ESQ.;
THE LAW OFFICE OF DAVID B. ROSEN, ALC, Defendants-Appellees,
DOES 1-10, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC141000379(1))


ORDER DENYING MOTIONS FOR RECONSIDERATION
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of self-represented Plaintiff-Appellant Michael C. Greenspon's (**Greenspon**) November 26, 2024 Motion for Reconsideration and Defendant-Appellee First-Citizens Bank and Trust Company Successor by Merger to CIT Bank, N.A., f/k/a Onewest Bank N.A., f/k/a Onewest Bank FSB's (**CIT**) November 27, 2024 Motion for Reconsideration, the papers in support, and the record, it appears Greenspon and CIT have not shown a point of law or fact that this court overlooked or

misapprehended in the November 19, 2024 Summary Disposition Order.  <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS ORDERED that Greenspon's and CIT's motions for reconsideration are denied.

DATED:  Honolulu, Hawaiʻi, December 4, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge